FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MURILLO, ) | NO. CV 08-2344-GHK(CT) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| D. DEXTER, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 7/2/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE